

# THE THIRTEENTH COURT OF APPEALS

### 13-19-00518-CV

Lorenzo Reyes Martinez
v.
Herbert C. Martinez, Real Estate Executives of Austin, LLC; and Texas American Title
Company d/b/a Independence Title Company

On Appeal from the
345th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-19-004950

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 1, 2020